UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY H. SANTOS,                     ) | Case No.: C 11-02764 PSG |
|                                                         ) | |
|            Plaintiff,                            ) | **ORDER CONTINUING CASE** |
|      v.                                               ) | **MANAGEMENT CONFERENCE** |
|                                                         ) | |
|                                                         ) | |
| EDUARDO RALLO DBA RESMEX    ) | |
| PARTNERS LLC, ET AL.,                  ) | |
|                                                         ) | |
|            Defendants.                       ) | |
| _____ ) | |

On August 30, 2011, the parties appeared for a case management conference. Based on the discussions held at the conference, the case management conference will be continued to October 4, 2011 at 2PM.

IT IS SO ORDERED.

Dated: September 8, 2011

                                                                        _____
                                                                        PAUL S. GREWAL
                                                                        United States Magistrate Judge

ORDER, *page 1*