JAMES DAL BON, CA STATE BAR NO. 157942
DAL BON & MARGAIN, APC
28 NORTH 1ST STREET, SUITE 700
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728
JDB@WAGEDEFENDERS.COM

ATTORNEYS FOR PLAINTIFF
HENRY SANTOS

VADIM ALDEN CA STATE BAR NO. 233161
ALDEN LAW PC
101 CALIFORNIA STREET, SUITE 2450
SAN FRANCISCO CA, 94111
TEL (415) 547-0501
FACSIMILE (925) 237-8279
VADIM@ALDENLAWPC.COM

ATTORNEYS FOR DEFENDANTS
EDUARDO RALLO AND RESMEX
PARTNERS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HENRY H. SANTOS,

Plaintiff,

v.

EDUARDO RALLO dba RESMEX PARTNERS LLC; RESMEX PARTNERS LLC,

Defendants.

CASE NO. CV11-02764 PSG

NOTICE OF SETTLEMENT, AND STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

**NOTICE OF SETTLEMENT**

Plaintiff Henry H. Santos ("Plaintiff") and Defendants Eduardo Rallo dba Resmex Partners LLC and Resmex Partners LLC, (collectively "Defendants"), by and through their respective attorneys of record, hereby notify the Court that the above-captioned matter was resolved through informal settlement negotiations.

///


**STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

WHEREAS, the parties have fully executed a Confidential Settlement Agreement and Release of Claims;

WHEREAS, the Defendants have agreed to pay the entire amount of settlement as of April 30, 2012;

WHEREAS, no class was ever certified in this matter; therefore Rule 23 does not apply;

WHEREAS, all that remains to be done in this case is the entry of an Order dismissing with prejudice the entire action;

THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

1. The Court should enter an Order dismissing with prejudice the entire action as to all parties.

Dated: December 14, 2011

ALDEN LAW P.C.

By ______________________
VADIM ALDEN
ATTORNEYS FOR DEFENDANTS
EDUARDO RALLO and RESMEX
PARTNERS LLC

Dated: December 14, 2011

DAL BON & MARGAIN

By/jdb ______________________
JAMES DAL BON
ATTORNEY FOR PLAINTIFF
HENRY H. SANTOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HENRY H. SANTOS,

Plaintiff,

v.

EDUARDO RALLO dba RESMEX PARTNERS LLC; RESMEX PARTNERS LLC,

Defendants.

CASE NO. CV11-02764 PSG

**ORDER**

**ORDER**

1. The Court hereby issues an order dismissing with prejudice the entire action as to all parties.

IT IS SO ORDERED.

Dated: 2/29/2012

HONARABLE PAUL SINGH GREWAL